## Victor QUINONES–MOLINAR, a/k/a Gondola Quinones–Molinar, Petitioner–Appellant,

v.

## U.S. IMMIGRATION & NATURALIZATION SERVICE, Respondent–Appellee.

No. 01–7731.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 14, 2002.

Decided March 6, 2002.

Victor Quinones–Molinar, Appellant Pro Se. Stephen Matthew Schenning, United States Attorney, Baltimore, Maryland; George W. Maugans, Immigration and Naturalization Service, Baltimore, Maryland; Patrick Shen, Linda Susan Wendtland, United States Department of Justice, Washington, D.C., for Appellee.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Victor Quinones–Molinar, a native and citizen of Panama who was a lawful resident of the United States until he was ordered deported to Panama as a result of an aggravated felony conviction, appeals the district court's order denying his 28 U.S.C. § 2241 petition for writ of habeas corpus. In his petition, Quinones–Molinar challenged his continued post-removal detention by the Immigration and Nationalization Service under 8 U.S.C. § 1231(a)(6) and 8 C.F.R. § 241.4. The record reflects that during the pendency of this appeal, Quinones–Molinar was deported to Panama. Finding this appeal to be moot, we dismiss it accordingly. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*